FILED _____ LODGED
_____ RECEIVED
Jan 19, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> AMANDA FRIZZELL, <br><br> Defendant. | NO.   CR21-5022 TLF <br><br> **CRIMINAL INFORMATION** <br><br> U.S.C. Title 18, Section 1703(b) <br>(Delay or Destruction of Mail or Newspapers) <br><br> **Misdemeanor** |

The United States Attorney charges that:

**Count One**
**(Destruction of Mail or Newspapers)**

From on or about August 1, 2018, to on or about November 11, 2018, in Aberdeen, in Grays Harbor County, within the Western District of Washington, AMANDA FRIZZELL, without authority, knowingly destroyed mail not directed to her.

//

//

//

Information/Frizzell - 1
USAO#2019R00075

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, STE 700
TACOMA, WASHINGTON 98402
(253) 428-3830

1 | All in violation of Title 18, United States Code, Section 1703(b).

2 | DATED this _19th____ day of January, 2021.

*Sarah Y. Vogel, for*
BRIAN T. MORAN
United States Attorney

*Angelica Williams, for*
GRADY J. LEUPOLD
Assistant United States Attorney

*Angelica Williams*
ANGELICA WILLIAMS
Assistant United States Attorney

Information/Frizzell - 2
USAO#2019R00075

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, STE 700
TACOMA, WASHINGTON 98402
(253) 428-3830